IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:25-CR-56-20 |
| | ) | |
| vs. | ) | |
| | ) | |
| KYLE OREE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before this Court is *Counsel's Application for Leave of Court Pursuant to Local Rule 83.9*. Having found that Counsel's request complies with both *LR 83.9* and the *Federal Rules of Criminal Procedure*,

Counsel's Application for Leave as requested is hereby ***GRANTED*** for the following dates:

- October 10, 2025, through and including October 13, 2025 (Personal).

- October 23, 2025, through and including October 27, 2025 (Personal).

SO ORDERED, THIS THE 4th DAY OF JUNE, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia-Savannah Div.

Prepared by:   Ryan D. Langlois
               217 West York Street
               Savannah, GA  31401
               912/349-7429
               rdlangloisesq@gmail.com